BROOKS BAUER LLP
300 S. 4TH STREET, SUITE 815, LAS VEGAS, NV 89101
TELEPHONE: (702) 851-1191  FAX: (702) 851-1198

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ADNAAN BUKHARI,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE ACCEPTANCE, INC., AMERICAN HOME MORTGAGE SERVICING INC., T.D. SERVICES COMPANY, POWER DEFAULT SERVICES INC., LAND AMERICAN LAWYERS TITLE, LAWYERS TITLE OF NEVADA, MORTGAGE ELECTRONIC REGISTRATION SYSTEM "MERS", ASSIGNEES AND/OR SUCCESSORS, AND DOES 1-10,<br><br>Defendants. | Case No.:   2:10-cv-00392-PMP-LRL<br><br>**ORDER AFTER HEARING ON APRIL 6, 2010** |

The matter having come on for hearing on Plaintiff's Emergency Motion For Restraining Order and Defendants American Home Mortgage Servicing, Inc., Power Default Services, Inc., and Mortgage Electronic Registration Systems, Inc.'s Emergency Motion for Temporary Stay Pending Order on Motion to Consolidate Related Cases;

Shafquat Bukhari appeared on behalf of his brother Adnaan Bukhari Plaintiff and was advised by the Court that he cannot represent Plaintiff in the matter; Plaintiff was not present and not represented by counsel; Defendants American Home Mortgage Servicing, Inc., Power Default Services, Inc., and Mortgage Electronic Registration Systems, Inc. were represented by

and through their counsel of record, Brooks Bauer LLP; and Defendant Lawyers Title of Nevada was represented by and through its counsel of record, Zachary Ball, Esq., and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff's Motion For Restraining Order is Denied without prejudice; Plaintiff may renew said Motion after a ruling from Judge Dawson in Case Number 2:10-cv-00372-KJD-PAL regarding dismissal or consolidation;

IT IS FURTHER ORDERED that upon the submission of the Deed of Trust and the Substitution of Trustee by Lawyers Title of Nevada, Lawyers Title of Nevada' oral Motion To Dismiss is hereby Granted.

DATED this __ 9TH DAY OF APRIL, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

BROOKS BAUER LLP

/s/Michael R. Brooks, Esq.
Michael R. Brooks, Esq.
Nevada Bar No. 7287
Rebecca P. Kern, Esq.
Nevada Bar No. 9079
300 S. 4th Street, Suite 815
Las Vegas, NV 89101
Ph (702) 851-1191
Fax (702) 851-1198
Attorneys for Defendants