UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ADNAAN BUKHARI, ) | 2:10-CV-00392-PMP-LRL |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| AMERICAN HOME MORTGAGE ) ACCEPTANCE, INC., et al., ) | |
| Defendants. ) | |

Before the Court for consideration are Defendants' Motion to Dismiss Complaint (Doc. #29) and Motion to Expunge Lis Pendens (Docs. ## 29 & 30) filed July 12, 2010. Plaintiff has failed to file a timely response in opposition to Defendants' motions, and pursuant to the local rules of this Court, therefore consents to the granting of the relief requested by Defendants. Moreover, a review of the foregoing motions shows that Defendants are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss Complaint (Doc. #29) and Motion to Expunge Lis Pendens (Docs. ## 29 & 30) are **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Stay Pretrial Proceedings (Doc. #31) is **DENIED** as moot.

DATED: August 9, 2010.

PHILIP M. PRO
United States District Judge