ORIGINAL

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ADNAAN BUKHARI,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE ACCEPTANCE, INC., AMERICAN HOME MORTGAGE SERVICING INC., T.D. SERVICES COMPANY, POWER DEFAULT SERVICES INC., LAND AMERICAN LAWYERS TITLE, LAWYERS TITLE OF NEVADA, MORTGAGE ELECTRONIC REGISTRATION SYSTEM "MERS", ASSIGNEES AND/OR SUCCESSORS, AND DOES 1-10,<br><br>Defendants. | Case No.:   2:10-cv-00392-PMP-LRL<br><br>**ORDER EXPUNGING *LIS PENDENS***<br><br>Consolidated with Case No.<br>2:10-cv-00615-PMP-LRL |

On August 10, 2010, this Court entered its Order granting two motions pending before the Court (Dkt. No. 34). Specifically, the Court granted Defendants' Motion to Dismiss Complaint Pursuant to FRCP 12(b)(6) (Dkt. No. 29) and Motion to Expunge *Lis Pendens* (Dkt. No. 30). Pursuant to the Court's decision on the Motion to Expunge *Lis Pendens*,

IT IS HEREBY ORDERED that, pursuant to NRS § 14.015, the *Lis Pendens* recorded against the real property located at 9677 Valmeyer Avenue, Las Vegas, Nevada 89148, APN 176-06-515-079 (the "Property"), in the official records of Clark County, Nevada as Instrument Number 20100326-0003240, is hereby cancelled and expunged, said cancellation

1  having the same effect as an expungement of the original notice;

2  IT IS FURTHER ORDERED that the *Lis Pendens* recorded against the Property in the official records of Clark County, Nevada as Instrument Number 20100428-0004137 is hereby cancelled and expunged, said cancellation having the same effect as an expungement of the original document;

6  IT IS FURTHER ORDERED that Defendants American Home Mortgage Servicing, Inc., Power Default Services, Inc., and Mortgage Electronic Registration Systems, Inc. shall record a copy of this Order in the official records of Clark County, Nevada.

9  DATED this _ 17th day of August, 2010.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Submitted by:

BROOKS BAUER LLP

By: ___/s/Michael R. Brooks, Esq.___
    Michael R. Brooks, Esq.
    Nevada Bar No. 7287
    300 S. 4th Street, Suite 815
    Las Vegas, NV 89101
    Ph (702) 851-1191
    Fax (702) 851-1198
    Attorneys for Defendants